No. 16,823.

PEERS *v.* PICKETT.
(244 P. [2d] 380)

Decided April 28, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. CHAS. W. V. FEIGEL, Mr. DUDLEY I. HUTCHINSON, Mr. DUDLEY I. HUTCHINSON, JR., Mr. T. HENRY HUTCHINSON, for plaintiff in error.

Mr. JOHN R. WOLFF, for defendant in error.